AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:24-cr-**248-MMH-MCR** |
| ROBERT WILLIAM CARROLL | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **Dec 12, 2024**

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney*

Scott T. Schmidt, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

FILED - USDC - FLMD - JAX
DEC 9 2024 PM 2:59